**United States District Court**
For the Northern District of California

**E-FILED on** 1/4/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL CHARLES COOK,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF TREASURY,<br><br>Defendant. | No. C-09-03214 RMW<br><br>ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION |

Plaintiff Michael Cook has numerous actions pending before the Honorable Richard Seeborg, including: Case No. C 06-01965 RS, Case No. C 06-05950 RS, Case No. C 07-06068 RS, Case No. C 07-06232 RS, Case No. C 08-03626 RS, Case No. C 09-00482 RS, Case No. C 09-02466 RS, and Case No. C 09-02467 RS. Pursuant to Civil Local Rule 3-12(c), this matter is hereby referred to the Honorable Richard Seeborg for a determination as to whether it is related to any of these other pending cases.

DATED: 1/4/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION—No. C-09-03214 RMW
CCL

United States District Court
For the Northern District of California

1 **Notice of this document has been sent to:**

2 **Plaintiff:**

3 Michael Charles Cook
T-79529 D-2-209L
4 Salinas Valley State Prison
PO Box 1050
5 Soledad, Ca 93960

6 **Counsel for Defendant:**

7 James A. Scharf     james.scharf@usdoj.gov

9 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 1/4/10                         CCL
**Chambers of Judge Whyte**